IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:04-131 (CMC) |
| v. | **OPINION and ORDER** |
| Shonda Quattlebaum, | |
| Defendant. | |

This matter is before the court in response to Defendant's letter dated September 5, 2005, in which she requests that the court reduce her sentence or allow her to serve the remainder of her sentence on home confinement. Defendant pled guilty on September 27, 2004, to one count of the Third Superseding Indictment charging violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2, and was thereafter sentenced on March 30, 2005, to a term of eighteen (18) months' imprisonment. The court has construed this letter as a motion for reduction of sentence.[1]

There is no basis under Federal Rule of Criminal Procedure Rule 35 to reconsider Defendant's sentence. Under Rule 35(c), a court, acting within seven days after the imposition of a sentence, may correct a sentence that was imposed as a result of arithmetical, technical, or other clear error. More than seven days have passed since the imposition of Defendant's sentence. There is also no other relevant provision which permits a court to change a sentence after sentencing, except Fed. R. Crim. P. Rule 35(b), which is inapplicable here because a motion under this rule must be made by the Government. *See* 18 U.S.C. § 3582(c). Defendant's motion is hereby **denied**.

---

[1]This letter was forwarded directly to the court. The Clerk is directed to file this letter in CR 3:04-131.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON McGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 13, 2005

C:\temp\notesFFF692\~6213222.wpd

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 13, 2005

C:\temp\notesFFF692\~6213222.wpd